**JUDGE BATTS**               08 CV 7607

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARLEYSVILLE WORCESTER INSURANCE COMPANY and ALEA NORTH AMERICA INSURANCE COMPANY;<br><br>Plaintiffs,<br><br>-against-<br><br>500 OCEAN APARTMENT CORP.; 501 REALTY CO.; ZAIDITH ROBINSON, *Individually and As Natural Guardian of* RIANNA ROBINSON; and MARIA BERIGUETTE, *Individually and As Natural Guardian of* ARIS MABEL CALDERON.<br><br>Defendants. | Civ. Act. No.: ECF CASE<br><br><br><br>CERTIFICATION PURSUANT TO FED. R. CIV. P. 7.1 |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiffs Harleysville Worcester Insurance Company ("Harleysville") and ALEA North America Insurance Company ("ALEA"), by and through their attorneys, Riker, Danzig, Scherer, Hyland & Perretti LLP, hereby identify the following parent corporations and/or publicly held corporations that owns 10% or more of the stock of Harleysville and ALEA: Harleysville Group, Inc. and ALEA Group Holdings, Ltd.

                                                RIKER, DANZIG, SCHERER,
                                                  HYLAND & PERRETTI LLP

                                                  BY: *Lance J. Kalik*
                                                      LANCE J. KALIK (LK-4677)

Headquarters Plaza
One Speedwell Avenue
P.O. Box 1981
Morristown, NJ 07962-1981

(973) 538-0800

-and-

500 Fifth Avenue
Suite 4920
New York, New York 10110
(212) 302-6574

Attorneys for Plaintiffs,
Harleysville Worcester Insurance Company
    and
ALEA North America Insurance Company

Dated:  August 28, 2008